UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLAS WILLIAMS

VERSUS

JOHN E. POTTER,
POSTMASTER GENERAL
UNITED STATES POSTAL
SERVICE

CIVIL ACTION

NO. 06-856-FJP-CN

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that the motion for summary judgment by John E. Potter, Postmaster General United States Postal Service is granted.

IT IS FURTHER ORDERED that plaintiff's claims be and each are hereby dismissed with prejudice.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45380